Ex parte ONG CHEE KOH. ONG CHEE KOH v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. April 14, 1916.) No. 2778. Appeal from the District Court of the United States for the First Division of the Northern District of California. Francis H. Boland, of San Francisco, Cal., for appellant. John W. Preston, U. S. Atty., of San Francisco, Cal. Dismissed by clerk, under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi), pursuant to stipulation of counsel for respective parties.

---

OSTERMAN v. ANACONDA COPPER MINING CO. (Circuit Court of Appeals, Ninth Circuit. March 28, 1916.) No. 2767. In Error to the District Court of the United States for the District of Montana. L. O. Evans, of Butte, Mont., W. B. Rodgers, of Anaconda, Mont., and D. Gay Stivers, of Butte, Mont., for defendant in error. On motion of counsel for defendant in error, writ of error dismissed for the noncompliance by the plaintiff in error with the provisions of subdivision 1 of rule 16 of the rules of practice of this court (150 Fed. xxix, 79 C. C. A. xxix); the plaintiff in error having failed to file a record thereof and to docket the case by or before the return day required by said rule.

---

SOUTHERN RY. CO. v. ROBERTSON. (Circuit Court of Appeals, Fifth Circuit. March 27, 1916.) No. 2835. In Error to the District Court of the United States for the Northern District of Alabama; William I. Grubb, Judge. Lawrence Cooper, of Huntsville, Ala., for plaintiff in error. S. S. Pleasants and R. E. Smith, both of Huntsville, Ala., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. An examination of the transcript in the light of the briefs of counsel satisfies us that there is no reversible error in any of the rulings complained of, that the evidence supports the finding that the plaintiff in error was guilty of negligence, and that the defendant in error did not contribute to her own injury. Judgment affirmed.

---

In re VANOSCOPE CO. (Circuit Court of Appeals, Second Circuit. February 11, 1916.) No. 214. Petition to Revise Order of the District Court of the United States for the Southern District of New York. In the matter of the Vanoscope Company, bankrupt, in which William D. Lowery files a petition to revise an order of the District Court. On motion. Motion denied. Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. We think this motion should be denied. We cannot intelligently dispose of the matter on this motion, which should be postponed until the matter comes here in the ordinary course.

---

WOO WAH CHUCK v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. March 16, 1916.) No. 2763. Appeal from the District Court of the United States for the First Division of the Northern District of California. S. C. Wright, of San Francisco, Cal., for appellant. John W. Preston, U. S. Atty., of San Francisco, Cal. Dismissed by the clerk, under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi), pursuant to agreement of counsel for respective parties.